UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLEY JOHNSON,

    Plaintiff,                                                     Case No. 22-10327

vs.                                                             HON. MARK A. GOLDSMITH

NFL PLAYER DISABILITY, NEUROCOGNITIVE
& DEATH BENEFIT PLAN, et al.,

    Defendants.
_____/

## ORDER REGARING HEARING

Unless notified otherwise by the Court, the motions will be decided based on the parties' briefing. <u>See</u> E.D. Mich. LR 7.1(f)(2). Please do not call the Court regarding the status of setting a hearing.

SO ORDERED.

Dated: August 22, 2022                              s/Mark A. Goldsmith
     Detroit, Michigan                          MARK A. GOLDSMITH
                                                          United States District Judge